UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LAMAR BROWN, on behalf of himself and all :
others similarly situated, :
:
                      Plaintiff,      :          23-CV-3594 (VSB)
:
            -against-        :            **ORDER**
:
ARTSPAN, LLC., :
:
                   Defendant. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on April 28, 2023, (Doc. 1), and filed proof of service on May 31, 2023, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was June 20, 2023.  (*See id.*)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 11, 2023.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      I do not expect to grant extensions of this deadline or to delay default proceedings on the grounds that Plaintiff is in settlement talks with opposing counsel unless counsel for Defendant notices an appearance by July 11, 2023.

SO ORDERED.

Dated:    June 27, 2023
            New York, New York                       VERNON S. BRODERICK
                                                                          United States District Judge